PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
5:06CR00084-001

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Deborah Hollins | NORTHERN DISTRICT OF OHIO | Northern District of Ohio |

**08CR 307**

NAME OF SENTENCING JUDGE: Peter C. Economus

DATES OF PROBATION/SUPERVISED RELEASE: FROM 09/27/2006 TO 09/26/2009

OFFENSE

18 U.S.C. § 1341 - Mail Fraud

RECEIVED MAR 21 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/13/08
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 1 2008
Effective Date

*James F. Holderman*
United States District Judge

FILED
4-14-08
APR 1 4 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE COAR

MAGISTRATE JUDGE MASON